UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**CURTIS W. HART**,                                    Civil Case No. 3:11-CV-00931-KI

                Plaintiff,

                            v.                                    JUDGMENT

**DANIEL J. AHERN**, as Judge of the
Jefferson County Circuit Court,

                Defendant.


        Steven E. Benson
        P. O. Box 15036
        Portland, Oregon  97293-5036

             Attorney for Plaintiff

        John R. Kroger
        Attorney General

Marc Abrams
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

     Attorneys for Defendant


KING, Judge:

     Based on the record,

     IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

     Dated this _____14th_____ day of February, 2012.


                         _/s/ Garr M. King_____
                         Garr M. King
                         United States District Judge