UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**CURTIS W. HART**,                                     Civil Case No. 3:11-CV-00931-KI

          Plaintiff,

                                        JUDGMENT

                v.

**DANIEL J. AHERN**, as Judge of the
Jefferson County Circuit Court,

          Defendant.

      Steven E. Benson
      P. O. Box 15036
      Portland, Oregon  97293-5036

          Attorney for Plaintiff

      John R. Kroger
      Attorney General

Page 1 - JUDGMENT

Marc Abrams
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

       Attorneys for Defendant

KING, Judge:

       Based on the record,

       IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

       Dated this    14th    day of February, 2012.

                          /s/ Garr M. King
                         Garr M. King
                         United States District Judge